UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

G & G CLOSED CIRCUIT EVENTS, LLC,

    Plaintiff,

    v.

CECILIA AVALOS,

    Defendant.

Case No. 18-cv-01065-PJH

**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

One or more of the parties has requested to appear telephonically at the Case Management Conference ("CMC") scheduled for May 31, 2018 at 2:00 p.m. The courtroom is not equipped for telephonic appearances, but the court will conduct a conference in chambers with **all** parties appearing telephonically before the regular CMC calendar. The conference will occur on **May 31, 2018 at 1:30 p.m.** The party/attorney requesting a telephonic appearance shall initiate the call to all parties and to the court at (510) 637-1291.

**IT IS SO ORDERED.**

Dated: May 25, 2018

_____
**PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE**